IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | Case No.: 08 C 319 |
| v. ) ) | Judge Dow |
| DISTINCTIVE CONCRETE LTD., an Illinois corporation, ) ) ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:   Distinctive Concrete, Ltd.
       c/o Gregory G. Castaldi, Registered Agent
       5521 N. Cumberland Ave., Suite 1109
       Chicago, IL  60656

PLEASE TAKE NOTICE that at *9:15 a.m. on Thursday, February 21, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Robert M. Dow Jr., Room 1719, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Entry of Default Judgment in Sum Certain,* a copy of which is herewith served upon you.

February 12, 2008                                        Laborers Pension Fund, et al.

                                                              By: /s/ Jerrod Olszewski

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

       The undersigned certifies that on this 12th day of February he served this notice to the above addressee(s) via U.S. Mail.

                                                              /s/ Jerrod Olszewski