

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 319 | **DATE** | 2/21/2008 |
| **CASE TITLE** | Laborers' Pension Fund, et al vs. Distinctive Concrete, Ltd. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion for Entry of Default Judgment [11] In Sum Certain against Defendant Distinctive Concrete Ltd. is Granted. ENTER JUDGMENT ORDER: 1.Default Judgment is hereby entered in favor of the Plaintiffs and against the Defendant in the amount of $4,311.07.   2.  Defendant is to pay post-judgment interest on all amounts set forth herein until they are paid to the Funds.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|