

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br>  Plaintiffs, <br><br> v. <br><br> DISTINCTIVE CONCRETE LTD., an Illinois corporation, <br><br>  Defendant. | Case No.: 08 C 319 <br><br> Judge Dow |

## JUDGMENT ORDER

This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, Administrator of the Funds, (collectively "Funds"), for an Entry of Default Judgment against Defendant Distinctive Concrete Ltd. due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Default judgment is hereby entered in favor of the Funds and against Defendant Distinctive Concrete Ltd. in the amount of $4,311.07 as follows:

    A. $2,938.97 in delinquencies, liquidated damages, interest, and audit costs for the audit period of October 1, 2005 through September 30, 2007; and

    B.  $1,372.10 representing attorneys' fees and costs.

 2.  Defendant is to pay post-judgment interest on all amounts set forth herein until they are paid to the Funds.

            ENTER:

            _____
            The Honorable Robert M. Dow, Jr.
            United States District Court Judge

Dated: February 21, 2008